**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-CV-10677-MLW |
| ) | |
| BERNARD C. BAILEY, PAUL T. ) | |
| PRINCIPATO, PETER NESSEN, ) | |
| THOMAS J. REILLY, DENIS K. ) | |
| BERUBE, B.G. BECK, CHARLES ) | |
| E. LEVINE, and WILLIAM K. AULET, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| VIISAGE TECHNOLOGY, INC., ) | |
| ) | |
| Nominal Defendant. ) | |

**PLAINTIFF'S MOTION FOR**
**ADMISSION PRO HAC VICE – ASSENTED TO**

Pursuant to Rule 83.5.3 (b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, hereby moves to grant permission for William B. Federman, Esq. of the law firm of Federman & Sherwood, 120 N. Robinson Avenue, Suite 2720, Oklahoma City, Oklahoma 73102, to appear *pro hac vice* on behalf of the plaintiff Olympia Levinson Stiegele. in this matter, and to permit him to participate in all matters, including any oral proceedings and trial in this action, which arise during the representation of plaintiff. As grounds for its motion, plaintiff states that:

1.    Plaintiff has filed this shareholder derivative case seeking damages and injunctive relief, alleging that the defendants breached their fiduciary duties owed to the nominal defendant, Viisage Technology Inc.

2.    Attorney Federman is highly experienced in shareholder derivative actions and therefore will provide significant assistance in the prosecution of this action.

3.    Attorney Federman is a member in good standing of the bar of the State of Oklahoma and in every court in which he is admitted (see Affidavit of William B. Federman, Esq., attached hereto as Exhibit A).

4.    The State of Oklahoma grants like privileges to members of the bar, in good standing, of the Commonwealth of Massachusetts.

WHEREFORE, plaintiff Olympia Levinson Stiegele requests that this Court admit William B. Federman Esq. *pro hac vice*, pursuant to Local Rule 83.5.3(b).

                              Respectfully Submitted,
                              Plaintiff, Olympia Levinson Stiegele
                              By her attorney,


Dated: May 25, 2005            /s/ Alan L. Kovacs____
                              Alan L. Kovacs (BBO No. 278240)
                              **LAW OFFICE OF ALAN L. KOVACS**
                              2001 Beacon Street Suite 106
                              Boston MA 02135
                              Phone: (617) 964-1177
                              Fax: (617) 332-1223

Assented to:

/s/ Mitchell H. Kaplan by ALK
Mitchell H. Kaplan, P.C. (BBO No. 258940)
**CHOATE, HALL & STEWART**
Exchange Place, 53 State St.
Boston, MA 02109
Tel. (617) 248-5000

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Extension was electronically mailed to Mitchell H. Kaplan, P.C., attorney for defendant, on the 25th day of May, 2005.

/s/ Alan L. Kovacs, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-CV-10677-GAO |
| ) | |
| BERNARD C. BAILEY, PAUL T. ) | |
| PRINCIPATO, PETER NESSEN, ) | |
| THOMAS J. REILLY, DENIS K. ) | |
| BERUBE, B.G. BECK, CHARLES ) | |
| E. LEVINE, and WILLIAM K. AULET, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| VIISAGE TECHNOLOGY, INC., ) | |
| ) | |
| Nominal Defendant. ) | |

### CERTIFICATE OF WILLIAM B. FEDERMAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF OKLAHOMA
CITY OF OKLAHOMA CITY

The undersigned, William B. Federman, under oath, deposes and states as follows:

1. That I am a member of the bars of the State of Oklahoma and am in good standing in every jurisdiction where I have been admitted to practice;

2. That there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

4. That my application for leave to practice in this Court is on Motion of a member of the bar of this Court who has also filed an appearance;

5. That the State of Oklahoma grants like privileges to members of the bar, in good standing, of the Commonwealth of Massachusetts.

Dated: May 3, 2005

William B. Federman

I:\Viisage\Derivative\ProHacViceFedermanAffViisage.doc