UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| OLYMPIA LEVINSON STIEGELE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-10677 MLW |
| BERNARD C. BAILEY, PAUL T. PRINCIPATO, | ) | |
| PETER NESSEN, THOMAS J. REILLY, B.G. | ) | |
| BECK, CHARLES E. LEVINE, WILLIAM K. | ) | |
| AULET, and DENIS K. BERUBE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| VIISAGE TECHNOLOGY, INC., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

---

## NOTICE OF APPEARANCE

Please enter the appearance of Mitchell H. Kaplan on behalf of the defendants in this action.

VIISAGE TECHNOLOGY, INC., ET AL.

By its attorneys,

/s/ Mitchell H. Kaplan
Mitchell H. Kaplan, P.C. (BBO #258940)
**CHOATE, HALL & STEWART**
Exchange Place
53 State Street
Boston, MA  02109
Tel.: (617) 248-5000

Dated:  June 23, 2005

3926136v1