UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 05-10677 MLW |
| BERNARD C. BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, B.G. BECK, CHARLES E. LEVINE, WILLIAM K. AULET, and DENIS K. BERUBE, | ) |
| Defendants. | ) |
| and | ) |
| VIISAGE TECHNOLOGY, INC., | ) |
| Nominal Defendant. | ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Karen Collari Troake on behalf of the defendants in this action.

VIISAGE TECHNOLOGY, INC., ET AL.

By its attorneys,

/s/ Karen Collari Troake
Karen Collari Troake (BBO #566922)
**CHOATE, HALL & STEWART**
Exchange Place
53 State Street
Boston, MA  02109
Tel.: (617) 248-5000

Dated:  June 23, 2005

3947863v1