UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-10677 MLW |
| BERNARD C. BAILEY, PAUL T. PRINCIPATO, | ) |
| PETER NESSEN, THOMAS J. REILLY, B.G. | ) |
| BECK, CHARLES E. LEVINE, WILLIAM K. | ) |
| AULET, and DENIS K. BERUBE, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| and | ) |
| | ) |
| VIISAGE TECHNOLOGY, INC., | ) |
| | ) |
| Nominal Defendant. | ) |

_____

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

The Parties hereby stipulate that defendants may have until thirty days after the Court has ruled on the pending Unopposed Motion to Consolidate and Appoint Lead Derivative Counsel to file a responsive pleading to the Complaint.

| OLYMPIA LEVINSON STIEGELE, | VIISAGE TECHNOLOGY, INC., ET AL. |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Alan L. Kovacs | /s/ Mitchell H. Kaplan |
| Alan L. Kovacs (BBO #278240) | Mitchell H. Kaplan, P.C. (BBO #258940) |
| **LAW OFFICE OF ALAN L. KOVACS** | **CHOATE, HALL & STEWART** |
| 2001 Beacon Street, Suite 106 | Exchange Place, 53 State Street |
| Boston, MA  02135 | Boston, MA  02109 |
| Tel.: (617) 964-1177 | Tel.: (617) 248-5000 |

Dated:  June 24, 2005