UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNARD C. BAILEY, PAUL T. PRINCIPATO, )<br>PETER NESSEN, THOMAS J. REILLY, DENIS )<br>K. BERUBE, B.G. BECK, CHARLES E. LEVINE, )<br>and WILLIAM K. AULET, )<br>)<br>Defendants, )<br>)<br>v. )<br>and )<br>)<br>VIISAGE TECHNOLOGY, INC., )<br>)<br>Nominal Defendant )<br>) | Case No. 05-10677-MLW |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Pursuant to Rule 83.5.2 (e) of the Local Rules of the United States District Court for the District of Massachusetts, please take notice that as of <u>Monday August 1, 2005</u>, the address of Choate, Hall & Stewart LLP, counsel for Defendants Bernard C. Bailey, Paul T. Principato, Peter Nessen, Thomas J. Reilly, Denis K. Berube, B. G. Beck, Charles E. Levine, William K. Aulet, and Viisage Technology, Inc., will change to Two International Place, Boston, MA 02110, (617) 248-5000.

                                      BERNARD BAILEY, ET AL.

                                      By their attorneys,

                                      <u>/s/ Aloknanda S. Bose</u>
                                      Mitchell H. Kaplan, P.C. (BBO #258940)
                                      Karen Collari Troake (BBO #566922)
                                      Aloknanda S. Bose (BBO #658108)
                                      CHOATE, HALL & STEWART LLP
                                      Exchange Place
                                      53 State Street
                                      Boston, Massachusetts  02109
                                      Tel.: (617) 248-5000
Dated:  July 26, 2005              Email: NBOSE@CHOATE.COM

3955693v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OLYMPIA LEVINSON STIEGELE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BERNARD C. BAILEY, PAUL T. PRINCIPATO, )<br>PETER NESSEN, THOMAS J. REILLY, DENIS )<br>K. BERUBE, B.G. BECK, CHARLES E. LEVINE, )<br>and WILLIAM K. AULET, )<br>)<br>Defendants, )<br>)<br>v. )<br>and )<br>)<br>VIISAGE TECHNOLOGY, INC., )<br>)<br>Nominal Defendant )<br>) | Case No. 05-10677-MLW |

## CERTIFICATE OF SERVICE

    I, Aloknanda S. Bose, do hereby certify that on the 26th day of July, 2005 I caused a copy of the Notice of Change of Address of Counsel to be served upon Alan L. Kovacs, Esq. at the Law Offices of Alan L. Kovacs, 2001 Beacon Street, Suite 106, Boston, Massachusetts, 02135, William B. Federman, Esq. at the offices of Federman & Sherwood, 120 N. Robinson, Suite 2720, Oklahoma City, OK, 73102, and Brian M. Felgoise, Esq. at the offices of Brian M. Felgoise, P.C., The Pavilion, 261 Old York Road, Suite 423, Jenkintown, PA, 19046, by first class mail.

                                                               /s/ Aloknanda S. Bose
                                                               Aloknanda S. Bose (BBO #658108)
                                                                CHOATE, HALL & STEWART LLP
                                                                Exchange Place
                                                                53 State Street
                                                                Boston, Massachusetts  02109
July 26, 2005                             Tel.: (617) 248-5000

3958769v1