UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD C. BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, DENIS K. BERUBE, B.G. BECK, CHARLES E. LEVINE, and WILLIAM K. AULET,<br><br>Defendants,<br><br>v.<br><br>VIISAGE TECHNOLOGY, INC.,<br><br>Nominal Defendant. | Case No. 05-10677 (MLW) |

### DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM

Defendants Bernard C. Bailey, Paul T. Principato, Peter Nessen, Thomas J. Reilly, Denis K. Berube, B.G. Beck, Charles E. Levine, and William K. Aulet move, pursuant to Local Rule 7.1(B)(4), for leave of Court to file a slightly oversized 22-page memorandum of law in support of their Motion to Dismiss Plaintiff's Verified Shareholder Derivative Complaint. In support of their motion, defendants state that the proposed memorandum would be filed on behalf of seven defendants, that the motion, if granted, will dispose of the entire case, and that the discussion of the issues and supporting case law will aid the Court in deciding the motion. Plaintiff has assented to this motion.

WHEREFORE, defendants respectfully request leave to file a 22-page memorandum in support of their Motion to Dismiss Plaintiff's Verified Shareholder Derivative Complaint.

Assented to:

OLYMPIA LEVINSON STIEGELE,

By its attorneys,

BERNARD C. BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, DENIS K. BERUBE, B.G. BECK, CHARLES E. LEVINE, and WILLIAM K. AULET

By their attorneys,

/s/ Alan L. Kovacs (JRB by permission)
Alan L. Kovacs (BBO # 278240)
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street, Suite 106
Boston, Massachusetts 02135
(617) 964-1177

and

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, Oklahoma 73102
(405) 235-1560

and

Brian M. Felgoise
BRIAN M. FELGOISE, P.C.
The Pavilion
261 Old York Road, Suite 423
Jenkintown, Pennsylvania 19046
(215) 886-1900

/s/ John R. Baraniak, Jr.
Mitchell H. Kaplan (BBO #258940)
John R. Baraniak, Jr. (BBO #552259)
Aloknanda S. Bose (BBO #658108
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Dated: February 13, 2006

4044263_1.DOC