**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


OLYMPIA LEVINSON STIEGELE,       )
                                 )
            Plaintiff,           )
                                 )
        v.                       )       C. A. No. 05-10677-MLW
                                 )
BERNARD C. BAILEY, ET AL.,       )
                                 )
            Defendants.          )


**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND**
**RESPONSE TIME TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, by and through counsel, hereby files this Assented To Motion to Extend deadline to respond to Defendants' Motion to Dismiss and states as follows:

1.    That on or about February 13, 2006, Defendants filed a 22-page Memorandum in support of their Motion to Dismiss Plaintiff's Verified Shareholder Derivative Complaint.

2.    Defendants' Motion contains unique and complex matter which require extensive briefing to fully respond to.

3.    Plaintiff has not previously requested an extension date of its response time.

4.    Plaintiff hereby requests the Court extend Plaintiff's response date to **March 31, 2006.**

5.    Defendants request the right to file a reply to Plaintiff's Response that would be due on **April 26, 2006.**

*C:\Office\Viisage\Plaintiff_sUnopposedMotionToExtendResponseTime_Final.doc*

6.    Counsel for Plaintiff has conferred with the counsel for Defendants, who assent to this Motion.

7.    Said extension will not affect the Scheduling Conference set for April 11, 2006.

Respectfully submitted,


Alan L. Kovacs
Alan L. Kovacs (BBO No. 278240)
LAW OFFICES OF ALAN L. KOVACS
2001 Beacon Street Suite 106
Boston, MA  02135
(617) 964-1177/Fax: (617) 332-1223

William B. Federman, OBA #2853
FEDERMAN & SHERWOOD
120 North Robinson, Suite 2720
Oklahoma City, OK  73102
(405) 235-1560/Fax: (405) 236-2112
*wfederman@aol.com*
          - and -
2926 Maple Avenue, Suite 200
Dallas, TX  75201

*Attorneys for Olympia Levinston Stiegele*

Assented to:

Mitchell H. Kaplan by ALK
Mitchell H. Kaplan
John R. Baraniak, Jr.
Aloknanda S. Bose
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

*Attorneys for Bernard C. Bailey, Paul T. Principato, Peter Nessen, Thomas J. Reilly, Denis K. Berube, B. G. Beck, Charles E. Levine, and William K. Aulet*

2