UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**OLYMPIA LEVINSON STEIGELE**                    CIVIL  CASE
                                                 NO. 05-10677-MLW

v.

**VISAGE TECHNOLOGY INC. et al**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

   The **SCHEDULING CONFERENCE** currently scheduled for **APRIL 11, 2006** at

**3:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been CANCELLED.

                                                 SARAH A. THORNTON
                                                 CLERK OF COURT

**April 6, 2006**                          By:   **/s/ Dennis O'Leary**
Date                                             **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                [ntchrgcnf.]