UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-CV-10677-MLW |
| ) | |
| BERNARD C. BAILEY, PAUL T. ) | |
| PRINCIPATO, PETER NESSEN, ) | |
| THOMAS J. REILLY, DENIS K. ) | |
| BERUBE, B.G. BECK, CHARLES ) | |
| E. LEVINE, and WILLIAM K. AULET, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| VIISAGE TECHNOLOGY, INC., ) | |
| ) | |
| Nominal Defendant. ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, FEDERMAN & SHERWOOD has moved. The firm's new mailing address is as follows:

**FEDERMAN & SHERWOOD**
**10205 N. Pennsylvania Ave.**
**Oklahoma City, OK 73120**
**Telephone: (405) 235-1560**
**Facsimile: (405) 239-2112**

| | |
|---|---|
| September 12, 2006 | Respectfully Submitted, |

                                    ___s/William B. Federman_____
William B. Federman, OBA #2853
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK  73120
(405) 235-1560/FAX: (405) 239-2112
wfederman@aol.com
- and -
2926 Maple Avenue, Suite 200
Dallas, TX  75201

**Attorneys for Plaintiff**
**Olympia Levinston Stiegele**

## CERTIFICATE OF MAILING

This certifies that on September 12, 2006, a true and correct copy of the above and foregoing document was mailed by U.S. Mail, with postage fully prepaid thereon, to the following parties:

Mitchell H. Kaplan
Aloknanda S. Bose
John R. Baraniak, Jr.
**CHOATE, HALL & STEWART**
Two International Pl.
100-150 Oliver Street
Boston MA 02110
(617) 248-5000/Fax: (617) 248-4000
mkaplan@choate.com


        ___s/William B. Federman_____
        William B. Federman