UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, Derivatively on behalf of Nominal Defendant Viisage Technology, Inc.<br>        Plaintiff, | )<br>)<br>)<br>)<br>) |
| vs. | ) Case No. 05-CV-10677-MLW<br>) |
| BERNARD C. BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, DENIS K. BERUBE, B.G. BECK, CHARLES E. LEVINE, and WILLIAM K. AULET, MARCEL YON and HARRIET MOUCHLEY-WEISS | )<br>)<br>)<br>)<br>)<br>)<br>) |
|         Defendants, | )<br>) |
| and | )<br>) |
| VIISAGE TECHNOLOGY, INC., | )<br>) |
|         Nominal Defendant. | ) |

**PLAINTIFF'S MOTION TO EXTEND RESPONSE TIME TO DEFENDANTS' MOTION TO DISMISS – ASSENTED TO**

Plaintiff, by and through counsel, hereby respectfully, moves for a fourteen (14) day extension of time, to December 13, 2006, to file Plaintiff's Opposition to Defendants' Motion to Dismiss, and an extension to January 14, 2007 for Defendants to file their Reply Memorandum. In support of this Motion, Plaintiff states as follows:

    1.    On or about July 26, 2006, Plaintiff filed her Verified Amended Shareholder Derivative Complaint and Demand for Jury Trial.

2. On or about, October 30, 2006, Defendants filed their Motion to Dismiss Plaintiff's Verified Amended Shareholder Derivative Complaint and Memorandum in Support thereof.

3. Plaintiff's Opposition is due to be filed with the Court on or before November 29, 2006 and Defendants' reply memorandum is due to be filed on or before December 21, 2006.

4. Counsel for Defendants has assented to the instant Motion.

WHEREFORE, Plaintiff respectfully requests that this Court extend the time for Plaintiff to file her opposition to Defendants' Motion to Dismiss to **December 13, 2006** and the time for Defendants to file their reply memorandum to **January 14, 2007.**

Respectfully submitted,

s/William B. Federman
William B. Federman, OBA #2853
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, OK  73120
(405) 235-1560/Fax: (405) 236-2112
*wfederman@aol.com*
            - and -
2926 Maple Avenue, Suite 200
Dallas, TX  75201

and

Alan L. Kovacs (BBO No. 278240)
LAW OFFICES OF ALAN L. KOVACS
2001 Beacon Street Suite 106
Boston, MA  02135
(617) 964-1177/Fax: (617) 332-1223

*Attorneys for Olympia Levinston Stiegele*

Assented to:

  s/ Mitchell H. Kaplan by WBF
Mitchell H. Kaplan
John R. Baraniak, Jr.
Aloknanda S. Bose
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

*Attorneys for Bernard C. Bailey, Paul T. Principato, Peter Nessen, Thomas J. Reilly, Denis K. Berube, B.G. Beck, Charles E. Levine, William K. Aulet and Harriet Mouchley-Weiss*

# **CERTIFICATE OF SERVICE**

      This is to certify that on November 27th, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing (NEF) to the following ECF registrants:

Mitchell H. Kaplan
John R. Baraniak, Jr.
Aloknanda S. Bose
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000
mkaplan@choate.com
jb@choate.com

*Attorneys for Defendants*

                                                           s/ William B. Federman
                                                           William B. Federman