UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, ) <br> Derivatively on behalf of Nominal ) <br> Defendant Viisage Technology, Inc. ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BERNARD C. BAILEY, PAUL T. ) <br> PRINCIPATO, PETER NESSEN, ) <br> THOMAS J. REILLY, DENIS K. ) <br> BERUBE, B.G. BECK, CHARLES ) <br> E. LEVINE, and WILLIAM K. AULET, ) <br> MARCEL YON and HARRIET ) <br> MOUCHLEY-WEISS ) <br> ) <br>       Defendants, ) <br> ) <br> and ) <br> ) <br> VIISAGE TECHNOLOGY, INC., ) <br> ) <br>       Nominal Defendant. ) | Case No. 05-CV-10677-MLW |

**PLAINTIFF'S MOTION TO EXTEND RESPONSE TIME TO DEFENDANTS' MOTION TO DISMISS – ASSENTED TO**

Plaintiff, by and through counsel, hereby respectfully, moves for a thirty (30) day extension of time, to January 12, 2007, to file Plaintiff's Opposition to Defendants' Motion to Dismiss, and an extension to February 13, 2007 for Defendants to file their Reply Memorandum. In support of this Motion, Plaintiff states as follows:

1.      On or about July 26, 2006, Plaintiff filed her Verified Amended Shareholder Derivative Complaint and Demand for Jury Trial.

1

2. On or about, October 30, 2006, Defendants filed their Motion to Dismiss Plaintiff's Verified Amended Shareholder Derivative Complaint and Memorandum in Support thereof.

3. Plaintiff's Opposition was due to be filed with the Court on or before November 29, 2006 and Defendants' reply memorandum was due to be filed on or before December 21, 2006.

4. On November 28, 2006, the Court granted Plaintiff's request for a 14 day extension of time to Respond to Defendants' Motion to Dismiss, making Plaintiff's Response due on December 13, 2006 and Defendants' Reply due on January 14, 2007.

5. Plaintiff requests an additional 30 day extension of time to respond to Defendants' Motion to Dismiss. The additional time is needed to properly prepare Plaintiff's Response.

6. Plaintiff's counsel has conferred with Defendants' counsel and Defendants' counsel for Defendants has assented to the instant Motion.

WHEREFORE, Plaintiff respectfully requests that this Court extend the time for Plaintiff to file her opposition to Defendants' Motion to Dismiss to **January 12, 2007** and the time for Defendants to file their reply memorandum to **February 13, 2007.**

    Respectfully submitted,

    s/William B. Federman
    William B. Federman, OBA #2853
    Attorneys for Olympia Levinston Stiegele
    FEDERMAN & SHERWOOD
    10205 N. Pennsylvania Ave.
    Oklahoma City, OK  73120
    (405) 235-1560/Fax: (405) 239-2112
    wfederman@aol.com
    - and -
    2926 Maple Avenue, Suite 200
    Dallas, TX  75201

I:\Viisage\Derivative\Pleadings\MotiontoExtendResponseTimetoMTD1.doc

    and

    Alan L. Kovacs (BBO No. 278240)
    LAW OFFICES OF ALAN L. KOVACS
    2001 Beacon Street Suite 106
    Boston, MA  02135
    (617) 964-1177/Fax: (617) 332-1223

Case 1:05-cv-10677-MLW     Document 31     Filed 12/12/2006     Page 3 of 4

I:\Viisage\Derivative\Pleadings\MotiontoExtendResponseTimetoMTD1.doc

**CERTIFICATE OF SERVICE**

       This is to certify that on December 12, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing (NEF) to the following ECF registrants:

Mitchell H. Kaplan
John R. Baraniak, Jr.
Aloknanda S. Bose
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
(617) 248-5000
mkaplan@choate.com
jb@choate.com

*Attorneys for Defendants*

                                                     s/ William B. Federman
                                                     William B. Federman

I:\Viisage\Derivative\Pleadings\MotiontoExtendResponseTimetoMTD1.doc