# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, Derivatively on behalf of Nominal Defendant Viisage Technology, Inc.<br>      Plaintiff,<br><br>vs.<br><br>BERNARD C. BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, DENIS K. BERUBE, B.G. BECK, CHARLES E. LEVINE, and WILLIAM K. AULET, MARCEL YON and HARRIET MOUCHLEY-WEISS<br><br>      Defendants,<br><br>and<br><br>VIISAGE TECHNOLOGY, INC.,<br><br>      Nominal Defendant. | Case No. 05-CV-10677-MLW |

## PLAINTIFF'S ASSENTED TO MOTION TO FILE OVERLENGTH MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED SHAREHOLDER DERIVATIVE COMPLAINT

Pursuant to Local Rule 7.1(B)(4), Plaintiff, Olympia Levinson Stiegele moves the Court for Leave to File an Overlength Memorandum of 30-40 pages in opposition to Defendants' Motion to Dismiss. In support of this Motion, Plaintiff states as follows:

1. On October 25, 2006, the Court entered an Order allowing Defendants to file an overlength memorandum of 30-40 pages in support of their Motion to Dismiss.

2. On October 30, 2006, Defendants filed their Memorandum of Law in Support of Defendants' Motion to Dismiss. The Memorandum of Law is 35 pages in length.

I:\Viisage\Derivative\Pleadings\MotiontoFileOverlength.doc

3. Plaintiff requests an additional 10-20 pages on top of the 20 pages permitted by the local rules without leave of Court, in order to properly respond to Defendants' lengthy memorandum.

4. Defendants asset to this motion.

Accordingly Plaintiff respectfully requests leave to file an overlength memorandum not to exceed 40 pages in opposition to Defendants' Motion to Dismiss.

Respectfully submitted,

s/William B. Federman
William B. Federman, OBA #2853
Attorneys for Olympia Levinston Stiegele
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK  73120
Telephone:  (405) 235-1560
Fax: (405) 239-2112
wfederman@aol.com
     - and -
2926 Maple Avenue, Suite 200
Dallas, TX  75201

and

Alan L. Kovacs (BBO No. 278240)
LAW OFFICES OF ALAN L. KOVACS
2001 Beacon Street Suite 106
Boston, MA  02135
(617) 964-1177/Fax: (617) 332-1223

## **CERTIFICATE OF SERVICE**

This is to certify that on January 9, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing (NEF) to the following ECF registrants:

Mitchell H. Kaplan
John R. Baraniak, Jr.
Aloknanda S. Bose
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
(617) 248-5000
mkaplan@choate.com
jb@choate.com

*Attorneys for Defendants*


    s/ William B. Federman
    William B. Federman