UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, )<br><br>Plaintiff, )<br><br>v. )<br><br>BERNARD C. BAILEY, PAUL T. PRINCIPATO, )<br>PETER NESSEN, THOMAS J. REILLY, DENIS )<br>K. BERUBE, BUDDY G. BECK, CHARLES E. )<br>LEVINE, WILLIAM K. AULET, MARCEL YON )<br>and HARRIET MOUCHLEY-WEISS, )<br><br>Defendants, )<br><br>v. )<br><br>VIISAGE TECHNOLOGY, INC., )<br><br>Nominal Defendant. ) | Case No. 05-10677 (MLW) |

**TRANSMITTAL AFFIDAVIT OF JOHN R. BARANIAK, JR.
TO DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO
DISMISS AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

I, John R. Baraniak, Jr., depose and state the following:

1.      I am a Partner with the law firm Choate, Hall & Stewart LLP, Two International

Place, Boston, Massachusetts. I am a member in good standing of the Bar of the Commonwealth

of Massachusetts. I am counsel for nominal defendant Viisage Technology, Inc. and defendants

Bernard C. Bailey, Paul T. Principato, Peter Nessen, Thomas J. Reilly, Denis K. Berube, Buddy

G. Beck, Charles E. Levine, Harriet Mouchley-Weiss, and William K. Aulet.

2.    I submit this affidavit on behalf of all the defendants and in support of Defendants' Reply Memorandum in support of their Motion to Dismiss Plaintiff's Verified Shareholder Derivative Complaint in the above-captioned matter.

3.    I have attached true and accurate copies of the following documents hereto:

a.    Attached hereto as Exhibit A, Form 4 for Charles E. Levine, filed with the SEC on August 18, 2004, September 15, 2004, October 18, 2004, November 16, 2004, December 17, 2004, and January 20, 2005;

b.    Attached hereto as Exhibit B, Form 4 for Buddy G. Beck, filed with the SEC on December 30, 2004;

c.    Attached hereto as Exhibit C, Form 4 for Thomas J. Reilly, filed with the SEC on December 15, 2004; and

d.    Attached hereto as Exhibit D, Form 4 for Lau Acquisition Corporation, filed with the SEC on December 15, 2004;

Subscribed and sworn to under the pains and penalties of perjury this 13th day of February, 2007.

/s/ John R. Baraniak, Jr.
John R. Baraniak, Jr.

2

4174932v1

# *Exhibit A*

SEC FORM 4

Page 1 of 2

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0287 |
| Expires: January 31, 2008 |
| Estimated average burden hours per response 0.5 |

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1 (b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* LEVINE CHARLES E | 2. Issuer Name and Ticker or Trading Symbol VIISAGE TECHNOLOGY INC [ VISG ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
| --- | --- | --- |
| (Last)  (First)  (Middle) C/O VIISAGE TECHNOLOGY, INC. 296 CONCORD ROAD - 3RD FLOOR | 3. Date of Earliest Transaction (Month/Day/Year) 08/16/2004 | X Director  10% Owner  Officer (give title below)  Other (specify below) |
| (Street) BILLERICA MA    01821 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person  Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock (1) | 08/16/2004 | | S | | 1,500 | D | $5.53 | 57,545 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. N of deri Sec Ben Ow Foll Rep Tra (s) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |
| Stock Option (Right to Buy) | $5.45 | 02/23/2004 | | A | | | 0 | 02/23/2004 | 02/23/2014 | Common Stock | 10,000 | $0 | |
| Stock Option | $3.81 | 02/25/2003 | | A | | | 0 | 02/25/2003 | 02/25/2013 | Common Stock | 10,000 | $0 | |
| Stock Option | $6.16 | 02/20/2002 | | A | | | 0 | 02/20/2002 | 02/20/2012 | Common Stock | 10,000 | $0 | |
| Stock Option | $2.34 | 08/01/2001 | | A | | | 0 | 08/01/2001 | 08/01/2011 | Common Stock | 4,167 | $0 | |
| Stock Option | $0.844 | 01/02/2001 | | A | | | 0 | 01/02/2001 | 01/01/2011 | Common Stock | 5,833 | $0 | |
| Stock | | | | | | | | | | Common | | | |

SEC FORM 4

| Option | $5 | 04/25/2000 | | A | | 0 | 05/12/2003 | 04/25/2010 | Stock | 15,000 | $0 | 1 |
| Stock Option | $1.1875 | 05/28/1999 | | A | | 0 | 05/08/2000 | 05/28/2009 | Common Stock | 4,166 | $0 | · |
| Stock Option | $4.4375 | 05/12/1998 | | A | | 0 | 05/13/2002 | 05/12/2008 | Common Stock | 19,970 | $0 | 1 |

**Explanation of Responses:**

1. The transactions reported on this Form were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person on October 8, 2002.

Charles J. Johnson,    08/18/2004

Attorney-In-Fact

** Signature of Reporting    Date
Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC FORM 4

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1 (b).

| 1. Name and Address of Reporting Person* <br><br> LEVINE CHARLES E <br><br> (Last)    (First)    (Middle) <br><br> C/O VIISAGE TECHNOLOGY, INC. <br> 296 CONCORD ROAD - 3RD FLOOR <br><br> (Street) <br><br> BILLERICA MA    01821 <br><br> (City)    (State)    (Zip) | 2. Issuer Name and Ticker or Trading Symbol <br><br> VIISAGE TECHNOLOGY INC <br> [ VISG ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 09/15/2004 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer <br> (Check all applicable) <br><br> X  Director          10% Owner <br><br> Officer (give title below)    Other (specify below) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> X  Form filed by One Reporting Person <br><br>    Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock (1) | 09/15/2004 | | S | | 1,500 | D | $7.05 | 56,045 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. N of deri Sec Ben Own Foll Rep Tra (s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |
| Stock Option (Right to Buy) | $5.45 | 02/23/2004 | | A | | | 0 | 02/23/2004 | 02/23/2014 | Common Stock | 10,000 | $0 | |
| Stock Option | $3.81 | 02/25/2003 | | A | | | 0 | 02/25/2003 | 02/25/2013 | Common Stock | 10,000 | $0 | |
| Stock Option | $6.16 | 02/20/2002 | | A | | | 0 | 02/20/2002 | 02/20/2012 | Common Stock | 10,000 | $0 | |
| Stock Option | $2.34 | 08/01/2001 | | A | | | 0 | 08/01/2001 | 08/01/2011 | Common Stock | 4,167 | $0 | |
| Stock Option | $0.844 | 01/02/2001 | | A | | | 0 | 01/02/2001 | 01/01/2011 | Common Stock | 5,833 | $0 | |
| Stock | | | | | | | | | | Common | | | |

SEC FORM 4

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Option | $5 | 04/25/2000 | | A | | 0 | 05/12/2003 | 04/25/2010 | Stock | 15,000 | $0 | |
| Stock Option | $1.1875 | 05/28/1999 | | A | | 0 | 05/08/2000 | 05/28/2009 | Common Stock | 4,166 | $0 | |
| Stock Option | $4.4375 | 05/12/1998 | | A | | 0 | 05/13/2002 | 05/12/2008 | Common Stock | 19,970 | $0 | |

**Explanation of Responses:**

1. The transactions reported on this Form were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person on October 8, 2002.

<u>Charles J. Johnson,</u>
<u>Attorney-In-Fact</u>          <u>09/15/2004</u>

** Signature of Reporting          Date
Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC FORM 4

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1 (b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| LEVINE CHARLES E | VIISAGE TECHNOLOGY INC [ VISG ] | (Check all applicable) |

1. Name and Address of Reporting Person*: LEVINE CHARLES E

(Last) (First) (Middle)

C/O VIISAGE TECHNOLOGY, INC.
296 CONCORD ROAD - 3RD FLOOR

(Street)

BILLERICA MA 01821

(City) (State) (Zip)

2. Issuer Name and Ticker or Trading Symbol: VIISAGE TECHNOLOGY INC [ VISG ]

3. Date of Earliest Transaction (Month/Day/Year): 10/15/2004

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director    ☐ 10% Owner
☐ Officer (give title below)    ☐ Other (specify below)

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock [1] | 10/15/2004 | | S | | 1,500 | D | $6.42 | 54,545 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. N of deri Sec Ben Ow Foll Rep Tra (s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |
| Stock Option (Right to Buy) | $5.45 | 02/23/2004 | | A | | 0 | | 02/23/2004 | 02/23/2014 | Common Stock | 10,000 | $0 | 1 |
| Stock Option | $3.81 | 02/25/2003 | | A | | 0 | | 02/25/2003 | 02/25/2013 | Common Stock | 10,000 | $0 | 1 |
| Stock Option | $6.16 | 02/20/2002 | | A | | 0 | | 02/20/2002 | 02/20/2012 | Common Stock | 10,000 | $0 | 1 |
| Stock Option | $2.34 | 08/01/2001 | | A | | 0 | | 08/01/2001 | 08/01/2011 | Common Stock | 4,167 | $0 | |
| Stock Option | $0.844 | 01/02/2001 | | A | | 0 | | 01/02/2001 | 01/01/2011 | Common Stock | 5,833 | $0 | |
| Stock | | | | | | | | | | Common | | | |

SEC FORM 4

| Option | $5 | 04/25/2000 | | A | | 0 | 05/12/2003 | 04/25/2010 | Stock | 15,000 | $0 | 1 |
| Stock Option | $1.1875 | 05/28/1999 | | A | | 0 | 05/08/2000 | 05/28/2009 | Common Stock | 4,166 | $0 | |
| Stock Option | $4.4375 | 05/12/1998 | | A | | 0 | 05/13/2002 | 05/12/2008 | Common Stock | 19,970 | $0 | 1 |

**Explanation of Responses:**

1. The transactions reported on this Form were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person on October 8, 2002.

Charles J. Johnson,    10/18/2004
Attorney-In-Fact
** Signature of Reporting    Date
Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC FORM 4

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1 (b).

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* LEVINE CHARLES E | 2. Issuer Name and Ticker or Trading Symbol VIISAGE TECHNOLOGY INC [ VISG ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)  (First)  (Middle) C/O VIISAGE TECHNOLOGY, INC. 296 CONCORD ROAD - 3RD FLOOR | 3. Date of Earliest Transaction (Month/Day/Year) 11/15/2004 | X Director    10% Owner <br> Officer (give title below)    Other (specify below) |
| (Street) BILLERICA MA  01821 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form; Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock [1] | 11/15/2004 | | S | | 1,500 | D | $6.84 | 53,045 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. N of deri Sec Ben Own Foll Rep Tra (s) I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |
| Stock Option (Right to Buy) | $5.45 | 02/23/2004 | | A | | 0 | | 02/23/2004 | 02/23/2014 | Common Stock | 10,000 | $0 | |
| Stock Option | $3.81 | 02/25/2003 | | A | | 0 | | 02/25/2003 | 02/25/2013 | Common Stock | 10,000 | $0 | |
| Stock Option | $6.16 | 02/20/2002 | | A | | 0 | | 02/20/2002 | 02/20/2012 | Common Stock | 10,000 | $0 | |
| Stock Option | $2.34 | 08/01/2001 | | A | | 0 | | 08/01/2001 | 08/01/2011 | Common Stock | 4,167 | $0 | |
| Stock Option | $0.844 | 01/02/2001 | | A | | 0 | | 01/02/2001 | 01/01/2011 | Common Stock | 5,833 | $0 | |
| Stock | | | | | | | | | | Common | | | |

SEC FORM 4

| Option | $5 | 04/25/2000 | | A | | 0 | 05/12/2003 | 04/25/2010 | Stock | 15,000 | $0 | 1 |
| Stock Option | $1.1875 | 05/28/1999 | | A | | 0 | 05/08/2000 | 05/28/2009 | Common Stock | 4,166 | $0 | |
| Stock Option | $4.4375 | 05/12/1998 | | A | | 0 | 05/13/2002 | 05/12/2008 | Common Stock | 19,970 | $0 | 1 |

**Explanation of Responses:**

1. The transactions reported on this Form were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person on October 8, 2002.

Charles J. Johnson,             11/16/2004
Attorney-In-Fact

\*\* Signature of Reporting     Date
Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC FORM 4                                                                              Page 1 of 2

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2005 |
| Estimated average burden hours per response | 0.5 |

STATEMENT OF CHANGES IN BENEFICIAL
OWNERSHIP

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1 (b).  ☐

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to issuer |
|---|---|---|
| LEVINE CHARLES E | VIISAGE TECHNOLOGY INC [ VISG ] | (Check all applicable) |

| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | |
|---|---|---|
| C/O VIISAGE TECHNOLOGY, INC. 296 CONCORD ROAD - 3RD FLOOR | 12/15/2004 | |

Relationship block:
X  Director        10% Owner
   Officer (give title below)     Other (specify below)

| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|---|---|
| BILLERICA MA    01821 | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock (1) | 12/15/2004 | | S | | 1,500 | D | $8.34 | 51,545 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. N of deri Sec Ben Ow Foll Rep Tra (s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |
| Stock Option (Right to Buy) | $5.45 | 02/23/2004 | | A | | | 0 | 02/23/2004 | 02/23/2014 | Common Stock | 10,000 | $0 | 1 |
| Stock Option | $3.81 | 02/25/2003 | | A | | | 0 | 02/25/2003 | 02/25/2013 | Common Stock | 10,000 | $0 | |
| Stock Option | $6.16 | 02/20/2002 | | A | | | 0 | 02/20/2002 | 02/20/2012 | Common Stock | 10,000 | $0 | 1 |
| Stock Option | $2.34 | 08/01/2001 | | A | | | 0 | 08/01/2001 | 08/01/2011 | Common Stock | 4,167 | $0 | |
| Stock Option | $0.844 | 01/02/2001 | | A | | | 0 | 01/02/2001 | 01/01/2011 | Common Stock | 5,833 | $0 | |
| Stock | | | | | | | | | | Common | | | |

SEC FORM 4

| Option | $5 | 04/25/2000 | | A | | 0 | 05/12/2003 | 04/25/2010 | Stock | 15,000 | $0 | 1 |
| Stock Option | $1.1875 | 05/28/1999 | | A | | 0 | 05/08/2000 | 05/28/2009 | Common Stock | 4,166 | $0 | |
| Stock Option | $4.4375 | 05/12/1998 | | A | | 0 | 05/13/2002 | 05/12/2008 | Common Stock | 19,970 | $0 | 1 |

**Explanation of Responses:**

1. The transactions reported on this Form were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person on October 8, 2002.

<u>Charles J. Johnson,</u>
<u>Attorney-In-Fact</u>      <u>12/17/2004</u>

** Signature of Reporting      Date
Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1 (b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* LEVINE CHARLES E <br><br> (Last)  (First)  (Middle) <br> C/O VIISAGE TECHNOLOGY, INC. <br> 296 CONCORD ROAD - 3RD FLOOR <br><br> (Street) <br> BILLERICA MA  01821 <br><br> (City)  (State)  (Zip) | 2. Issuer Name and Ticker or Trading Symbol VIISAGE TECHNOLOGY INC [ VISG ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) 01/18/2005 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director  ☐ 10% Owner <br> ☐ Officer (give title below)  ☐ Other (specify below) <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> ☐ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock (1) | 01/18/2005 | | S | | 1,500 | D | $7.82 | 50,045 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. N of deri Sec Ber Ow Foll Rep Tra (s) ( |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |
| Stock Option (Right to Buy) | $5.45 | 02/23/2004 | | A | | | 0 | 02/23/2004 | 02/23/2014 | Common Stock | 10,000 | $0 | |
| Stock Option | $3.81 | 02/25/2003 | | A | | | 0 | 02/25/2003 | 02/25/2013 | Common Stock | 10,000 | $0 | |
| Stock Option | $6.16 | 02/20/2002 | | A | | | 0 | 02/20/2002 | 02/20/2012 | Common Stock | 10,000 | $0 | |
| Stock Option | $2.34 | 08/01/2001 | | A | | | 0 | 08/01/2001 | 08/01/2011 | Common Stock | 4,167 | $0 | |
| Stock Option | $0.844 | 01/02/2001 | | A | | | 0 | 01/02/2001 | 01/01/2011 | Common Stock | 5,833 | $0 | |
| Stock | | | | | | | | | | Common | | | |

SEC FORM 4    Page 2 of 2

| Option | $5 | 04/25/2000 | | A | | 0 | 05/12/2003 | 04/25/2010 | Stock | 15,000 | $0 | |
| Stock Option | $1.1875 | 05/28/1999 | | A | | 0 | 05/08/2000 | 05/28/2009 | Common Stock | 4,166 | $0 | |
| Stock Option | $4.4375 | 05/12/1998 | | A | | 0 | 05/13/2002 | 05/12/2008 | Common Stock | 19,970 | $0 | |

**Explanation of Responses:**

1. The transactions reported on this Form were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person on October 8, 2002.

Charles J. Johnson,    01/20/2005
Attorney-In-Fact
** Signature of Reporting    Date
Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# *Exhibit B*

SEC FORM 4

SEC Form 4

## FORM 4

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| | |
|---|---|
| OMB APPROVAL | |
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1 (b).

☐

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| BECK BUDDY G | VIISAGE TECHNOLOGY INC [ VISG ] | (Check all applicable) |
| (Last)  (First)  (Middle) | | X  Director    X  10% Owner |
| C/O TRANS DIGITAL TECHNOLOGIES CORP. 1215 JEFFERSON DAVIS HIGHWAY, SUITE 1105 | 3. Date of Earliest Transaction (Month/Day/Year) 12/29/2004 | Officer (give title below)    Other (specify below) |
| (Street) ARLINGTON VA    22202 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X  Form filed by One Reporting Person    Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock (1) | 12/29/2004 | | J | | 500,000 | D | $0 | 5,217,873 | D | |
| Common Stock | | | | | 500,000 | | | | I | Trustee of Buddy and Charlotte Beck Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. N of deri Sec Ben Own Foll Rep Tran (s) ( |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |
| Stock Option (Right to Buy) | $5.45 | | | | | | | 02/23/2004 | 02/23/2014 | Common Stock | 10,000 | | 1 |

Explanation of Responses:

SEC FORM 4                                                                    Page 2 of 2

1. Shares deposited into charitable trust of which Mr. Beck and his wife are the trustees.

| Charles J. Johnson, | |
| Attorney-In-Fact | 12/30/2004 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

*Exhibit C*

SEC FORM 4    Page 1 of 2
SEC Form 4

**FORM 4**

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1 (b).

| 1. Name and Address of Reporting Person* REILLY THOMAS J | 2. Issuer Name and Ticker or Trading Symbol VIISAGE TECHNOLOGY INC [ VISG ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)　(First)　(Middle) C/O VIISAGE TECHNOLOGY, INC. 296 CONCORD ROAD - 3RD FLOOR | 3. Date of Earliest Transaction (Month/Day/Year) 12/13/2004 | X Director　10% Owner<br>Officer (give title below)　Other (specify below) |
| (Street) BILLERICA MA　01821 (City)　(State)　(Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>X Form filed by One Reporting Person<br>Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/13/2004 | | S | | 10,000 | D | $8.7 | 17,577 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |
| Stock Option (Right to Buy) | $5.45 | 02/23/2004 | | A | | 10,000 | | 02/23/2004 | 02/23/2014 | Common Stock | 10,000 | $0 | |
| Stock Option (Right to Buy) | $3.81 | 02/25/2003 | | A | | | 0 | 02/25/2003 | 02/25/2013 | Common Stock | 10,000 | $0 | |
| Stock Option (Right to Buy) | $6.16 | 02/20/2002 | | A | | | 0 | 02/20/2002 | 02/20/2012 | Common Stock | 10,000 | $0 | |
| Stock Option (Right to Buy) | $2.34 | 08/01/2001 | | A | | | 0 | 08/01/2001 | 08/01/2011 | Common Stock | 4,167 | $0 | |

SEC FORM 4

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Stock Option (Right to Buy) | $0.844 | 01/02/2001 | | A | | 0 | 01/02/2001 | 01/02/2011 | Common Stock | 5,833 | $0 |
| Stock Option (Right to Buy) | $5 | 04/25/2000 | | A | | 0 | 04/25/2000 | 04/25/2010 | Common Stock | 15,000 | $0 |
| Stock Option (Right to Buy) | $1.19 | 05/08/2000 | | A | | 0 | 05/08/2000 | 05/28/2009 | Common Stock | 4,166 | $0 |
| Stock Option (Right to Buy) | $12.5 | 05/15/2002 | | A | | 0 | 05/15/2002 | 05/21/2007 | Common Stock | 15,000 | $0 |
| Stock Option (Right to Buy) | $2.96 | 05/27/1999 | | A | | 0 | 05/27/1999 | 06/17/2006 | Common Stock | 16,330 | $0 |

Explanation of Responses:

<u>Charles J. Johnson,</u>    <u>12/15/2004</u>
<u>Attorney-in-fact</u>
** Signature of Reporting    Date
Person

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

*Exhibit D*

SEC FORM 4

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1 (b).

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* LAU ACQUISITION CORP | 2. Issuer Name and Ticker or Trading Symbol VIISAGE TECHNOLOGY INC [ VISG ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) Director  X  10% Owner  Officer (give title below)  Other (specify below) |
|---|---|---|
| (Last)  (First)  (Middle) 30 MONUMENT SQUARE, SUITE 220 | 3. Date of Earliest Transaction (Month/Day/Year) 12/13/2004 | |
| (Street) CONCORD  MA  01742 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X  Form filed by One Reporting Person  Form filed by More than One Reporting Person |
| (City)  (State)  (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/13/2004 | | S | | 70,000 | D | $8.67 | 5,565,592 | D | |
| Common Stock (1) | 12/13/2004 | | J | | 3,000 | D | $6 | 5,562,592 | D | |
| Common Stock (1) | 12/13/2004 | | J | | 3,000 | D | $6.15 | 5,559,592 | D | |
| Common Stock (1) | 12/13/2004 | | J | | 1,000 | D | $2.13 | 5,558,592 | D | |
| Common Stock | 12/15/2004 | | S | | 25,000 | D | $8.25 | 5,533,592 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |

**Explanation of Responses:**

1. Sale pursuant to option exercise under Lau Technologies Incentive Compensation Plan

Charles J. Johnson        12/15/2004
** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

SEC FORM 4

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**