UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-CV-10677-MLW |
| | ) |
| BERNARD C. BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, DENIS K. BERUBE, B.G. BECK, CHARLES E. LEVINE, and WILLIAM K. AULET, | ) |
| | ) |
| Defendants, | ) |
| and | ) |
| VIISAGE TECHNOLOGY, INC., | ) |
| Nominal Defendant. | ) |

**PLAINTIFF'S MOTION FOR**
**ADMISSION PRO HAC VICE – ASSENTED TO**

Pursuant to Rule 83.5.3)(b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, hereby moves to grant permission for Jennifer F. Sherrill, Esq. of the law firm Federman & Sherwood, 10205 N. Pennsylvania Ave., Oklahoma City, Oklahoma  73120, to appear *pro hac vice* on behalf of plaintiff Olympia Levinson Stiegele in this matter, and to permit her to participate in all matters, including any oral proceedings and trial in this action, which arise during the representation of plaintiff.  As grounds for its motion plaintiff states that:

1. Plaintiff has filed this shareholder derivative case seeking damages and injunctive relief, alleging that the defendants breached their fiduciary duties owed to the nominal defendant, Viisage Technolgy Inc.

2. Attorney Sherrill is highly experience in shareholder derivative actions and therefore will provide significant assistance in the prosecution of this action.

3. Attorney Sherrill is a member in good standing of the bar of the State of Oklahoma and in every court in which she is admitted (see Affidavit of Jennifer F. Sherrill, attached hereto as Exhibit A).

4. The State of Oklahoma grants like privileges to members of the bar, in good standing, of the Commonwealth of Massachusetts.

WHEREFORE, plaintiff Olympia Levinson Stiegele requests that this Court admit Jennifer F. Sherrill, Esq. *pro hac vice*, pursuant to Local Rule 83.5.3(b)

Dated: July 25, 2007

/s/ Alan L. Kovacs
Alan L. Kovacs (BBO No. 278240)
LAW OFFICE OF ALAN L. KOVACS
2001 Beacon Street Suite 106
Boston MA 02135
Phone: (617) 964-1177/Fax: (617) 332-1223

and

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Phone: (405) 235-1560/Fax: (405) 239-2112

Counsel for Derivative Plaintiff

Assented to:

/s/Mitchell H. Kaplan
Mitchell H. Kaplan, P.C. (BBO No. 258940)
**CHOATE, HALL & STEWART**
Exchange Place, 53 State St.
Boston, MA  02109
Tel. (617) 248-5000

CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants identified on the Notice of Electron Filing (NEF) and that I will cause paper copies thereof  to be sent electronically or via first class mail, postage prepaid, to those identified as non-registered participants on this 13th day of July, 2007.

      /s/ Alan L. Kovacs, Esq.

I:\Viisage\Derivative\MotProHacJFSt.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE,) <br><br> Plaintiff, <br><br> vs. <br><br> BERNARD C. BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, DENIS K. BERUBE, B.G. BECK, CHARLES E. LEVINE, and WILLIAM K. AULET, <br><br> Defendants, <br><br> and <br><br> VIISAGE TECHNOLOGY, INC., <br><br> Nominal Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 05-CV-10677-MLW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF JENNIFER F. SHERRILL
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF OKLAHOMA
CITY OF OKLAHOMA CITY

The undersigned, Jennifer F. Sherrill, under oath, deposes and states as follows:

1.  That I am a member of the bar of the State of Oklahoma and am in good standing in every jurisdiction where I have been admitted to practice;

2.  That there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.  That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

1

4. That my application for leave to practice in this Court is on Motion of a member of the bar of this Court who has also filed an appearance;

5. That the State of Oklahoma grants like privileges to members of the bar, in good standing, of the Commonwealth of Massachusetts.

_____
Jennifer F. Sherrill

I:\Viiasge\Derivative\ProHacAffidavitJFS.doc

2