```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE,   )<br>     Plaintiff,           )<br>                             )<br>     v.                      )<br>                             )<br>BERNARD C. BAILEY, ET AL.,   )<br>Defendants.                  ) | C.A. No. 05-10677-MLW |

                         ORDER

WOLF, D.J.                                        August 8, 2007

    The court has read the parties' submissions concerning defendants' motion to dismiss. While the parties cite cases for the relevant general standard for determining director independence under Delaware law, neither party cites cases applying or discussing that standard in circumstances analogous to the instant case. Accordingly, it is hereby ORDERED that: the parties shall, by August 10, 2007, at 12:00 noon, file supplementary memoranda addressing any cases relevant to the issue of independence in the context of the facts of this case or state that there are no such cases that the court should consider.

                                   /s/      MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE