UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10677

| Olympia Stiegele | Bernard Bailey et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Alan Kovacs | Mitchell Kaplan |
| Jennifer Sherrill | Chris Edwards |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   O'Hara

### CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 8/13/07 | Court goes over its tentative views and the standards it will apply in deciding the motion to dismiss. |
| | Court listens to oral arguments on the defendants' motion to dismiss (docket no. 26). |
| | Court takes a brief recess and resumes with plaintiff's arguments on the motion to dismiss. |