UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OLYMPIA LEVINSON STIEGELE derivatively
on behalf Nominal Defendant Viisage Technology, Inc.
            Plaintiff(s)

                v.                                              CIVIL ACTION NO.  05-10677-MLW

BERNARD C. BAILEY et al
            Defendant(s)

## JUDGMENT IN A CIVIL CASE

WOLF, D.J.

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

                                                                SARAH A. THORNTON,
                                                                CLERK OF COURT

Dated:  August 23, 2007                          By /s/ Dennis O'Leary
                                                                Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____%.

(JudgementCivil.wpd - 3/7/2005)