UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLYMPIA LEVINSON STIEGELE, Derivatively on behalf of Nominal Defendant Viisage Technology, Inc.<br>　　　　Plaintiff, | )<br>)<br>)<br>)<br>) |
| vs. | ) Case No. 05-CV-10677-MLW<br>) |
| BERNARD C. BAILEY, PAUL T. PRINCIPATO, PETER NESSEN, THOMAS J. REILLY, DENIS K. BERUBE, B.G. BECK, CHARLES E. LEVINE, and WILLIAM K. AULET, MARCEL YON and HARRIET MOUCHLEY-WEISS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| 　　　　Defendants, | )<br>) |
| and | )<br>) |
| VIISAGE TECHNOLOGY, INC., | )<br>) |
| 　　　　Nominal Defendant. | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Olympia Levinson Stiegele, hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's Memorandum and Order entered and filed August 23, 2007, dismissing Plaintiff's Amended Complaint . Plaintiff files this appeal with respect to and against all Defendants and the Nominal Defendant.

Dated: September 21, 2007         Respectfully Submitted,

    s/ William B. Federman
William B. Federman, Bar #OBA #2853
Attorneys for Plaintiff
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK  73120
Telephone:  (405) 235-1560
Fax: (405) 239-2112
*wfederman@aol.com*
        - and -
2926 Maple Avenue, Suite 200
Dallas, TX  75201


Alan L. Kovacs
LAW OFFICES OF ALAN L. KOVACS
2001 Beacon Street Suite 106
Boston, MA  02135
(617) 964-1177/Fax: (617) 332-1223

## **CERTIFICATE OF MAILING**

This is to certify that on September 21, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Mitchell H. Kaplan
John R. Baraniak, Jr.
Aloknanda S. Bose
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
(617) 248-5000
mkaplan@choate.com
jb@choate.com
**Attorneys for Defendants**


        __s/ William B. Federman_____
           William B. Federman

I:\Viisage\Appeal\NoticeAppeal.doc