# MANDATE

05-10677
USDC/MA

# United States Court of Appeals
## For the First Circuit

No. 07-2628

OLYMPIA LEVINSON STIEGELE, derivatively on behalf of Nominal Defendant Viisage Technology, Inc.

Plaintiff - Appellant

v.

BERNARD C. BAILEY; PAUL T. PRINCIPATO; PETER NESSEN; THOMAS J. REILLY; DENIS K. BERUBE; BUDDY G. BECK; CHARLES E. LEVINE; WILLIAM K. AULET; VIISAGE TECHNOLOGY, INC.; HARRIET MOUCHLEY-WEISS; MARCEL YON

Defendants - Appellees

## JUDGMENT

Entered: March 27, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 3/27/08

By the Court:
Richard Cushing Donovan, Clerk

By: _____
Appeals Attorney

[cc: William B. Federman, Esq., Mitchell H. Kaplan, Esq.]